# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 19-03064-02-CR-S-SRB |
| ADAM W. NEWMAN, | |
| Defendant. | |

## *ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM*

Upon application by the United States of America, it is hereby

**ORDERED** that the Clerk shall issue a writ of habeas corpus ad prosequendum directed to the **Warden, Western Missouri Correctional Center, 609 East Pence Road, Cameron, Missouri 64429**, and to the United States Marshal for the Western District of Missouri, or any other authorized officer, to produce one **Adam W. Newman (Inmate # 1094125)**, now confined at the aforementioned facility, in the custody of the person there in charge, before the **United States Magistrate Judge** at Springfield, Missouri, **forthwith,** or at any time thereafter as the Court may direct, so that said person may appear in accordance with the law in the above-entitled cause; and, after said person shall have so appeared, to return said person to the aforementioned custody as may be directed by this Court.

Dated this 13th day of May, 2019.

        s/ David P. Rush
**DAVID P. RUSH**
**United States Magistrate Judge**